IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARY CARLSSON,<br><br>         Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK and DOES 1 THROUGH 50, inclusive,<br><br>         Defendants. | CV 21-92-M-DLC-KLD<br><br>ORDER |

    Plaintiffs have filed a motion to dismiss this case with prejudice after the above action was settled on the merits. (Doc. 15). Accordingly,

    IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties each to bear their own costs and attorneys' fees.

    DATED this 11th day of March, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge